UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-cv-62095-DIMITROULEAS/HUNT

LAWANNA TYNES,

Plaintiffs,

v.

FLORIDA DEPARTMENT OF JUVENILE JUSTICE,

Defendant.
_______________________________________/

**ORDER ADOPTING AND APPROVING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE; GRANTING DEFENDANT'S MOTIONS**

THIS CAUSE is before the Court upon the Report and Recommendation of Magistrate Judge Patrick M. Hunt (the "Report") [DE 73], issued on July 29, 2026; Defendant's Motion for Bill of Costs [DE 66] filed February 6, 2026, and Defendant's Motion for Cost Judgment [DE 69] filed March 5, 2026.

As no objections were filed, the Magistrate Judge's factual findings in the Report [DE 73] are hereby adopted and deemed incorporated into this opinion. *LoConte v. Dugger*, 847 F.2d 745, 749-50 (11th Cir. 1988), *cert. denied*, 488 U.S. 958 (1988); *RTC v. Hallmark Builders, Inc.*, 996 F.2d 1144, 1149 (11th Cir. 1993).

Although no objections were filed, the Court has conducted a *de novo* review of the Report [DE 73] and record and is otherwise fully advised in the premises. The Court agrees with the Magistrate Judge's analysis and conclusions.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Report [DE 73] is hereby **ADOPTED** and **APPROVED**;

2. Defendant's Motion for Bill of Costs [DE 66] is **GRANTED**;

3. Defendant's Motion for Cost Judgment [DE 69] is **GRANTED**.

4. Defendant is awarded a total costs award of $2,702.95.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 19th day of August, 2026.

WILLIAM P. DIMITROULEAS
United States District Judge

cc: counsel of record
Magistrate Judge Hunt